IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MYRNA WILLIAMS

      Plaintiff,

vs.

                                     NO. 16-cv-00412 PJK/KBM

THE UNITED STATES OF AMERICA,

      Defendant.

## **STIPULATION OF DISMISSAL**

      Plaintiff and Defendant United States of America, through their undersigned counsel, hereby stipulate and agree that the above-captioned case and cause of action are dismissed with prejudice, with each party to bear its own costs.

      This stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

                                     Respectfully submitted,

                                     JAMES D. TIERNEY
                                   Acting United States Attorney

                                   /s/
                                   **Filed electronically March 29, 2017**
                                   ROBERTO D. ORTEGA
                                   Assistant United States Attorney
                                   P.O. Box 607
                                   Albuquerque, NM 87103
                                   505.346.7274
                                   Roberto.ortega@usdoj.gov

<u>Electronic approval March 29, 2017</u>
CHARLOTTE ITOH
JOSEPH M. FINE
220 Ninth St. N.W.
Albuquerque, NM 87102
505-243-4541
Attorneys for Plaintiff